IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TEDRA CRAWFORD**                                                  **PETITIONER**

**v.**                                          **No. 1:18CV212-SA-RP**

**STATE OF MISSISSIPPI**                                      **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the State's motion [12] to dismiss the instant petition for a writ of *habeas corpus* is **GRANTED**, and the petition is **DISMISSED** as procedurally defaulted and for failure to exhaust state remedies.

    **SO ORDERED**, this, the 17th day of March, 2020.

                                                    /s/ Sharion Aycock
                                                    U. S. DISTRICT JUDGE